**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THE ASSOCIATION OF AARHUS, | : | No. 492 MAL 2019 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| VIATCHESLAV BOIKO AND LUDMILA BOIKO, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.